# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

In the Matter of: )

DEXTER JEROME FIELDS

    Debtor(s).

Case No. 09-12625-MAM-13

Chapter 13

## AGREED ORDER OF VALUE

THIS MATTER having come before the Court on the Joint Motion Requesting Court Approval of Collateral Valuation filed by Green Tree- AL, LLC (hereinafter "Green Tree") and Dexter Jerome Fields (hereinafter "the Debtor"). Green Tree and the Debtor, by and through their attorneys of record, have advised the Court that an agreement has been reached concerning the value. Based upon the agreement of the parties is hereby ORDERED ADJUDGED and DECREED:

1. That Green Tree holds a properly perfected security interest one (1) 1997 Gateway Homes Infinity 28 x 80 mobile home, S/N: 11972590999A/B, including any and all accessories, furniture, fixtures and appliances.

2. That the value of the mobile home held as collateral by Green Tree shall be valued at $22,000.00 at an interest rate of 4.75%.

3. The monthly payment after confirmation will be in the amount of $413.00.

4. The adequate protection payments will be in the amount of $188.00.

Dated: October 27, 2009

*/s/ Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE

Fields 03-20051-3

This agreement prepared by:
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

Fields 03-20051-3